```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CARLOS RUIZ,                                    24-cv-1817 (JGK)

            Plaintiff,                    ORDER

   - against -

FIFTH PARTNERS LLC, ET AL.,

            Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 10, 2024.

SO ORDERED.

Dated:   New York, New York
          June 27, 2024

                                            John G. Koeltl
                                    United States District Judge