UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CARLOS RUIZ,

                        Plaintiff,                    24-cv-1817 (JGK)

            - against -                               ORDER

FIFTH PARTNERS LLC, ET AL.,

                        Defendants.
_____

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have

settled this action, it is hereby ordered that this matter be

discontinued with prejudice but without costs; provided, however,

that within 30 days of the date of this order, counsel for the

plaintiff may apply by letter for restoration of the action to the

calendar of the undersigned, in which event the action will be

restored.

    Any application to reopen must be filed within thirty (30)

days of this order; any application to reopen filed thereafter may

be denied solely on that basis.  Further, if the parties wish for

the Court to retain jurisdiction for the purpose of enforcing any

settlement agreement, they must submit the settlement agreement to

the Court within the same thirty-day period to be so-ordered by

the Court. Unless the Court orders otherwise, the Court will not

retain jurisdiction to enforce a settlement agreement unless it is

made part of the public record.

All pending motions are dismissed as moot.  All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
          May 6, 2025

                                    John G. Koeltl
                           United States District Judge