UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz,<br><br>                    Plaintiff,<br><br>     -against-<br><br>Fifth Partners LLC et al.,<br><br>                    Defendants. | 1:24-cv-01817 (JGK) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows that, no later than Friday, August 29, 2025, the parties shall file a joint letter either advising the Court that a settlement has been consummated or setting forth a proposed schedule for the completion of discovery.

**SO ORDERED.**

DATED:    New York, New York
          August 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge