# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

September 5, 2025

<u>Via ECF</u>
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> ENDORSEMENT: No later than Thursday, September 11, 2025, the parties shall email to Chambers (Aaron_NYSDChambers@nysd.uscourts.gov) at least four proposed dates and times for a settlement conference to take place via Microsoft Teams. In the interim, the deadline for the parties to file a proposed case management plan is adjourned *sine die*.
> SO ORDERED.
> Dated: September 8, 2025    /s/ Stewart D. Aaron

Re:   *Joint Status Letter; Letter Motion for Court Teleconference and to Adjourn Filing of Proposed Amended Scheduling Order*
<u>Carlos Ruiz v. Fifth Partners LLC et al. 1:24-cv-01817(JGK)(SDA)</u>

Dear Judge Aaron:

We represent plaintiff Carlos Ruiz in the above-entitled action. We write on behalf of all parties to respectfully request that the Court schedule a teleconference to assist the parties in finalizing their settlement agreement.

On September 4, 2025, the parties met to discuss plaintiff's current draft of the settlement agreement. While the parties have resolved all claims for equitable relief, they have been working through issues relating to monetary relief. The parties have now reached agreement on a proposed solution but cannot implement it without the Court's approval.

In light of the foregoing, and in the interest of conserving costs and resources, the parties further respectfully request that the deadline to file a proposed amended case management plan (ECF No. 41 and 43) be adjourned until after the requested conference.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/
Robert G. Hanski, Esq.