UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz,<br><br>       Plaintiff,<br><br>  -against-<br><br>Fifth Partners LLC et al.,<br><br>       Defendants. | 1:24-cv-01817 (JGK) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, October 15, 2025, at 3:00 p.m. The conference shall proceed via Microsoft Teams.

  The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Wednesday, October 8, 2025).

SO ORDERED.

DATED: New York, New York
     September 16, 2025

                *Stewart D. Aaron*
                _____
                STEWART D. AARON
                United States Magistrate Judge