UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

                Plaintiff,

-against-

Fifth Partners LLC et al.,

                Defendants.

1:24-cv-01817 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that, if Plaintiff has not received payment by Friday, November 28, 2025, Plaintiff shall file an appropriate motion no later than Friday, December 5, 2025.

**SO ORDERED.**

DATED:    New York, New York
                 November 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge